AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocation
           Sheet 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| vs. | (For Revocation of Probation or Supervised Release) |
| STEVEN J. HOLTEN, | |

CASE NUMBER:   03:04-CR-134-ECR-RAM

                        Vito de la Cruz
THE DEFENDANT:          DEFENDANT'S ATTORNEY

( X )   admitted guilt to violation of condition ___1_____ of the term of supervision.

(  )    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Shall not commit another federal, state or local crime | Oct, 2005 |

     The defendant is sentenced as provided in pages 2 through **4** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

(  )    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) conditions.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in economic circumstances.



February 10, 2006
Date of Imposition of Judgment

_/s/ Edward C. Reed_
Signature of Judge

EDWARD C. REED, JR., SENIOR USDJ
Name and Title of Judge

February 13, 2006
Date

**Each separate page is signed & dated by the presiding Judicial Officer

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
    Sheet 2 - Imprisonment

DEFENDANT: HOLTEN, STEVEN J.  
CASE NUMBER: 03:04-CR-134-ECR

Judgment - Page 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIX (6) MONTHS.

( X )  The court makes the following recommendations to the Bureau of Prisons: THAT defendant be incarcerated at FCI Herlong, California, to be close to friends and family for visitation purposes; THAT the Bureau of prisons carefully monitor defendant's need for medical treatment; in particular, in regard to his AIDS condition which requires specialized and constantly available medicines; THAT, to the extent available at the facility where incarcerated, defendant receive mental health and substance abuse treatment.

( X )  The defendant is remanded to the custody of the United States Marshal.

(  )  The defendant shall surrender to the United States Marshal for this district:

    (  )  at _____ a.m./p.m. on _____

    (  )  as notified by the United States Marshal.

(  )  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    (  )  before 2 p.m. on _____

    (  )  as notified by the United States Marshal.

    (  )  as notified by the Probation of Pretrial Services Office.

Dated this 13 day of February, 2006

_Edward C. Reed_  
EDWARD C. REED, JR., SENIOR USDJ

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY: _____
    Deputy U.S. Marshal

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 3 - Supervised Release

DEFENDANT: HOLTEN, STEVEN J.  
CASE NUMBER: 03:04-134-ECR

Judgment - Page __3__ of __4__

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THIRTY (30) MONTHS

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, and shall submit to one drug test within 15 days of the commencement of supervision, and at least two periodic drug tests thereafter, not to exceed 104 drug tests annually. Revocation is mandatory for refusal to comply.

( )  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
(X)  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
(X)  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
( )  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
( )  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### SEE ADDITIONAL SPECIAL CONDITIONS OF SUPERVISED RELEASE ON PAGE 4
### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Dated this __13__ day of February, 2006

_____  
EDWARD C. REED, JR., SENIOR USDJ

AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 4

---

DEFENDANT: HOLTEN, STEVEN J.  
CASE NUMBER: 03:04-134-ECR

Judgment - Page 4

## SPECIAL CONDITIONS OF SUPERVISION

1. <u>Possession of Illegal Controlled Substance</u> - The defendant shall not possess illegal controlled substances.

2. <u>Possession of Weapon</u> - The defendant shall not possess, have under his control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state or local law.

3. <u>Warrantless Search</u> - The defendant shall submit to the search of his person, and any property, residence, or automobile under his/her control by the probation officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

4. <u>Substance Abuse Treatment</u> - The defendant shall participate in and complete a substance abuse treatment program, which may include drug testing, out-patient counseling, or residential placement, as approved and directed by the probation officer, and shall contribute to the cost of such treatment as approved and directed by the probation officer, based on defendant's ability to pay.

5. <u>Alcohol Abstinence</u> - Defendant shall refrain from the use and possession of beer, wine, liquor and other forms of intoxicants.

6. <u>Drug and Alcohol Testing</u> - The defendant shall submit to substance abuse monitoring including urinalysis as directed by the probation officer.

7. <u>Mental Health Counseling</u> - The defendant shall participate in and complete a mental health treatment program, which may include out-patient counseling or residential placement, as approved and directed by the probation officer, and shall contribute to the cost of such treatment as approved and directed by the probation officer, based on defendant's ability to pay.

8. <u>Report to Probation Officer After Release from Custody</u> - The defendant shall report in person to the probation office in the District to which the defendant is released within 72 hours of release from custody.

9. <u>Sex Offender Treatment</u> - Defendant shall successfully complete a treatment program for sex offenders, which may include polygraph/truth verification testing, as approved by the probation officer. Defendant shall allow the sex offender treatment provider unrestricted communication with his probation officer regarding attendance, level of participation, and other information deemed necessary to protect the community. Further, defendant shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer, based on defendant's ability to pay.

10. <u>Computer Prohibition</u> - Defendant shall not possess or use a computer with access to any on-line computer service at any location, including employment, without the prior written approval of the probation officer. This includes any internet service provider, bulletin board, or any public or private computer network.

Dated this 13 day of February, 2006

EDWARD C. REED, JR., SENIOR USDJ